AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas
Fort Worth Division

**JAMAK FABRICATION-TEX, LLC d/b/a**
**JAMAK FABRICATION, INC.**
        Plaintiff )
            v. )  Civil Action No.  **4-09CV-063-A**
**PYLON MANUFACTURING CORP.,** )
        Defendant )

### Summons in a Civil Action

To: *(Defendant's name and address)*
    Pylon Manufacturing Corp.
    1401 N. Bowie Drive
    Deerfield Beach, FL  33442

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Mark C. Nelson / Robert C. Hilton / Darin W. Deaver
    Sonnenschein Nath & Rosenthal, LLP
    1900 McKinney Avenue, Suite 1900
    Dallas, TX 75201-1858

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                CLERK OF COURT
                Name of clerk of court

Date: JAN 2 9 2009
                Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Issued

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this _____, _____ by:

(1) personally delivering a copy of each to the individual at this _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* _____.

My fees are $ _____ for travel and $_____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address